Deverie J. Christensen
Nevada State Bar No. 6596
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Email: deverie.christensen@jacksonlewis.com

*Attorney for Defendant*
*Rooster Philben, Inc. dba Stout*
*Management Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALICE B. WEBB, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ROOSTER PHILBEN, INC. d/b/a STOUT MANAGEMENT COMPANY, A Domestic Limited-Liability Company; DOES I THROUGH x, INCLUSIVE; roe corporations I through X, inclusive,<br><br>Defendants. | Case No. 2:18-cv-01595-APG-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and respective

///
///
///
///
///
///
///

counsel, that the above-entitled case be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 26th day of February, 2019

HATFIELD & ASSOCIATES, LTD.

_____
Trevor J. Hatfield, Esq., Bar #7373
Hatfield & Associates, Ltd.
703 S. Eighth Street
Las Vegas, Nevada 89101

*Attorney for Plaintiff*
*Alice B. Webb*

Dated this 26 day of February, 2019

JACKSON LEWIS P.C.

_____
Deverie J. Christensen, Bar #6596
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

*Attorney for Defendant*
*Rooster Philben, Inc. dba Stout*
*Management Company*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: February 27, 2019.

4847-2837-1080, v. 1